1276

No. 99–1770. SIMPSON v. GALANOS ET AL. C. A. 11th Cir. Certiorari denied.

No. 99–1772. PORT AUTHORITY OF NEW YORK AND NEW JERSEY v. RYDUCHOWSKI. C. A. 2d Cir. Certiorari denied.

No. 99–1774. DILLARD DEPARTMENT STORES, INC., ET AL. v. BECKWITH. Sup. Ct. Nev. Certiorari denied.

No. 99–1794. GERRISH v. COUNTY OF GENESEE ET AL. C. A. 2d Cir. Certiorari denied.

No. 99–1795. CIRCUIT CITY STORES, INC. v. JOHNSON. C. A. 4th Cir. Certiorari denied.

No. 99–1802. ALSCHULER v. UNIVERSITY OF PENNSYLVANIA LAW SCHOOL ET AL. C. A. 2d Cir. Certiorari denied.

No. 99–1808. SMITH v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 99–1825. PORT JEFFERSON HEALTH CARE FACILITY ET AL. v. WING ET AL. Ct. App. N. Y. Certiorari denied.

No. 99–1839. HARRIS v. WEST, SECRETARY OF VETERANS AFFAIRS. C. A. Fed. Cir. Certiorari denied.

No. 99–1879. HARDY, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF HARDY, DECEASED, ET AL. v. TESTA ET AL. C. A. 5th Cir. Certiorari denied.

No. 99–1886. CIRAULO v. MICHIGAN. Cir. Ct. Macomb County, Mich. Certiorari denied.

No. 99–1889. VALICENTI ADVISORY SERVICES, INC., ET AL. v. SECURITIES AND EXCHANGE COMMISSION. C. A. 2d Cir. Certiorari denied.

No. 99–1898. KHAN v. ABERCROMBIE & FITCH, INC. C. A. 2d Cir. Certiorari denied.